In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-25-00233-CV
_____

## JOHNSON CONTROLS, INC., ADIENT PLC, ADIENT COMPONENTS LTD. & CO. KG, AND ADIENT ELDON INC., Appellants

## V.

## BRUCE ANDERSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF GLYNDA ANDERSON, ET AL, Appellees

_____

**On Appeal from the 58th District Court
Jefferson County, Texas
Trial Cause No. A-209098**
_____

## MEMORANDUM OPINION

Johnson Controls, Inc., Adient PLC, Adient Components Ltd. & Co. KG, and Adient Eldon Inc., Appellants, filed an agreed motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellants filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on August 13, 2025
Opinion Delivered August 14, 2025

Before Golemon, C.J., Johnson and Chambers, JJ.